UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JENNIFER HENRY,

             Plaintiff,

      v.

LEARNING MENTOR INC. d/b/a THE
LEARNING EXPERIENCE, THE
LEARNING EXPERIENCE CORP. and
CLAYTISHA WALDEN, *Individually*,

             Defendants.

------------------------------------------------------- X

Civil Action No. 2:25-cv-03723-ARL

**DEFENDANT THE LEARNING EXPERIENCE CORP.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant The Learning Experience Corp. ("TLE" or "Defendant"), a separate corporate entity from Defendant Learning Mentor Inc. d/b/a The Learning Experience ("Learning Mentor") by and through its attorneys, Fisher & Phillips LLP, submit this Answer to the Complaint ("Complaint") filed by Plaintiff Jennifer Henry ("Plaintiff"), and respond as follows:

## AS TO NATURE OF THE CASE

1.     The allegations contained in Paragraph 1 of the Complaint state a legal conclusion to which no responsive pleading is required. Defendant TLE denies that Plaintiff is entitled to any damages or other relief. To the extent Paragraph 1 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

2.     The allegations contained in Paragraph 2 of the Complaint state a legal conclusion to which no responsive pleading is required. Defendant TLE denies that Plaintiff is entitled to any damages or other relief. To the extent Paragraph 2 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

FP 56384102.5

## AS TO JURISDICTION AND VENUE

3.      Defendant TLE admits the allegations contained in Paragraph 3 of the Complaint. Defendant TLE denies that Plaintiff is entitled to any damages or other relief.

4.      Defendant TLE admits the allegations contained in Paragraph 4 of the Complaint. Defendant TLE denies that Plaintiff is entitled to any damages or other relief.

## AS TO PROCEDURAL PREREQUISITES

5.      Defendant TLE neither admits nor denies the allegations set forth in Paragraph 5 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 5 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

6.      Defendant TLE neither admits nor denies the allegations set forth in Paragraph 6 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 6 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

7.      Defendant TLE neither admits nor denies the allegations set forth in Paragraph 6 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 6 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

## AS TO THE PARTIES

8.      Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint.

9.      Except to admit that Defendant Learning Mentor Inc. d/b/a The Learning Experience ("Learning Mentor") is a franchisee of Defendant TLE, the remaining allegations set forth in Paragraph 9 of the Complaint are not directed to Defendant TLE, and therefore no response is required.

10.     Except to admit that Defendant TLE was and is a domestic for-profit corporation duly existing pursuant to, and by virtue of, the laws of the State of Florida, with its principal place of business located at 210 Hillsboro Technology Drive Deerfield Beach, FL 33441, Defendant TLE denies the remaining allegations set forth in Paragraph 10 of the Complaint.

11.     The allegations set forth in Paragraph 11 of the Complaint are not directed to Defendant TLE, and therefore no response is required.

12.     Defendant TLE denies the allegations set forth in Paragraph 12 of the Complaint as Defendant TLE is not a joint employer with Defendant Learning Mentor.

## AS TO THE MATERIAL FACTS

13.     Except to state that Defendant TLE denies that it hired Plaintiff, Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in Paragraph 13 of the Complaint as Defendant TLE was not Plaintiff's employer.

14.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in allegations set forth in Paragraph 14 of the Complaint as Defendant TLE was not Plaintiff's employer.

15.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 15 of the Complaint as Defendant TLE was not Plaintiff's employer.

3

16.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 16 of the Complaint as Defendant TLE was not Plaintiff's employer.

17.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Complaint as Defendant TLE was not Plaintiff's employer.

18.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Complaint as Defendant TLE was not Plaintiff's employer.

19.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 19 of the Complaint as Defendant TLE was not Plaintiff's employer.

20.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in the first sentence of Paragraph 20 of the Complaint as Defendant TLE was not Plaintiff's employer.  Defendant TLE denies the allegations set forth in the second sentence of Paragraph 20 of the Complaint.

21.     Defendant TLE denies the allegations set forth in Paragraph 21 of the Complaint.

22.     The allegations set forth in Paragraph 22 of the Complaint are not directed to Defendant TLE and therefore no response is required. To the extent Paragraph 22 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

23.     Defendant TLE denies the allegations set forth in Paragraph 23 of the Complaint.

24.     Defendant TLE denies that it employed Plaintiff as set forth in Paragraph 24 of the Complaint.  Except as so stated, Defendant TLE lacks sufficient knowledge or information to form

4

a belief as to the truth of the remaining allegations set forth in Paragraph 24 of the Complaint as Defendant TLE was not Plaintiff's employer.

25. The allegations set forth in Paragraph 25 of the Complaint are not directed to Defendant TLE, and therefore no response is required.

26. The allegations set forth in Paragraph 26 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 26 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

27. The allegations set forth in Paragraph 27 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 27 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

28. The allegations set forth in Paragraph 28 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 1 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

29. The allegations set forth in Paragraph 29 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 29 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

30. The allegations set forth in Paragraph 30 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 30 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

31. The allegations set forth in Paragraph 31 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 31 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

32.    Defendant TLE denies that Defendant Walden spoke to Defendant TLE employees "about Plaintiff not wanting to work and determining a way to rid of Plaintiff" as set forth in Paragraph 32 of the Complaint.   Except as so stated, Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in Paragraph 32 of the Complaint as Defendant TLE was not Plaintiff's employer.

33.    Defendant TLE denies that Plaintiff communicated with Defendant TLE about her pregnancy as set forth in Paragraph 33 of the Complaint.  Except as so stated, Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in Paragraph 33 of the Complaint as Defendant TLE was not Plaintiff's employer.

34.    The allegations set forth in Paragraph 34 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 34 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

35.    The allegations set forth in Paragraph 35 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 35 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

36.    The allegations set forth in Paragraph 36 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 36 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

37.    Defendant TLE denies the allegations set forth in the first sentence of Paragraph 37 of the Complaint.  The allegations set forth in the remaining sentences of Paragraph 37 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that the remaining sentences of Paragraph 37 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

6

38. Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 38 of the Complaint. To the extent Paragraph 38 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

39. Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 39 of the Complaint. To the extent Paragraph 39 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

40. Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 40 of the Complaint. To the extent Paragraph 40 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

41. Except to admit that Plaintiff raised concerns regarding paystubs from her employer, The Learning Mentor to TLE, Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in Paragraph 41 of the Complaint as Defendant TLE was not Plaintiff's employer.

42. Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 42 of the Complaint as Defendant TLE was not Plaintiff's employer.

43. The allegations set forth in Paragraph 43 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 43 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

44. Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 44 of the Complaint as Defendant TLE was not Plaintiff's employer.

45.     The allegations set forth in Paragraph 45 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 45 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

46.     The allegations set forth in Paragraph 46 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent Paragraph 46 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

47.     Defendant TLE denies the allegations set forth in Paragraph 47 of the Complaint.

48.     Defendant TLE neither admits nor denies the allegations contained in Paragraph 48 of the Complaint as they refer to a document, which speaks for itself. To the extent the allegations contained in Paragraph 48 are inconsistent with such document, the allegations are denied.

49.     Defendant TLE neither admits nor denies the allegations contained in Paragraph 49 of the Complaint as they refer to a document, which speaks for itself. To the extent the allegations contained in Paragraph 49 are inconsistent with such document, the allegations are denied.

50.     Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations relating to Plaintiff's state of mind as set forth in the first sentence of Paragraph 50 of the Complaint.  Defendant TLE denies the allegations set forth in the second sentence of Paragraph 50 of the Complaint. The allegations set forth in the third sentence of Paragraph 50 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent the third sentence of Paragraph 50 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

51.     The allegations set forth in Paragraph 51 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 51 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

52.     The allegations set forth in Paragraph 52 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 52 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

53.     The allegations set forth in Paragraph 53 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 53 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

54.     The allegations set forth in Paragraph 54 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 54 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

55.     The allegations set forth in Paragraph 55 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 55 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

56.     The allegations set forth in Paragraph 56 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 56 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

57.     The allegations set forth in Paragraph 57 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 57 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

58.     The allegations set forth in Paragraph 58 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 58 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

59.     The allegations set forth in Paragraph 59 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 59 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

60.     The allegations set forth in Paragraph 60 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 60 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

61.     The allegations set forth in Paragraph 61 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 61 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

62.     The allegations set forth in Paragraph 62 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 62 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

63.     The allegations set forth in Paragraph 63 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 63 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

64.     The allegations set forth in Paragraph 64 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 64 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

65.     Defendant TLE neither admits nor denies the allegations contained in Paragraph 65 of the Complaint as they refer to a document, which speaks for itself. To the extent the allegations contained in Paragraph 65 are inconsistent with such document, the allegations are denied.

66. The allegations set forth in Paragraph 66 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 66 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

67. The allegations set forth in Paragraph 67 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 67 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

68. Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 68 of the Complaint.

69. The allegations set forth in Paragraph 69 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 69 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

70. The allegations set forth in Paragraph 70 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 70 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

71. Defendant TLE neither admits nor denies the allegations contained in Paragraph 71 of the Complaint as they refer to a document, which speaks for itself. To the extent the allegations contained in Paragraph 71 are inconsistent with such document, the allegations are denied.

72. Defendant TLE neither admits nor denies the allegations contained in Paragraph 72 of the Complaint as they refer to a document, which speaks for itself. To the extent the allegations contained in Paragraph 72 are inconsistent with such document, the allegations are denied.

73. The allegations set forth in Paragraph 73 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 73 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

74.    Defendant TLE neither admits nor denies the allegations contained in the first sentence of Paragraph 74 of the Complaint as they refer to a document, which speaks for itself. To the extent the allegations contained in the first sentence of Paragraph 74 are inconsistent with such document, the allegations are denied. Defendant admits that Mr. Weissman did not respond to Plaintiff as alleged in the second sentence of Paragraph 74 because Defendant TLE did not employ Plaintiff.

75.    The allegations set forth in Paragraph 75 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 75 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

76.    The allegations set forth in Paragraph 76 of the Complaint are not directed to Defendant TLE, and therefore no response is required. To the extent that Paragraph 76 of the Complaint alleges any wrongdoing by TLE, Defendant TLE denies said allegations.

77.    Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in the first sentence of Paragraph 77 of the Complaint as Defendant TLE was not Plaintiff's employer. Defendant TLE denies the allegations set forth in the second sentence of Paragraph 77 of the Complaint relating to Mr. Gensler and Defendant TLE lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in the second sentence of Paragraph 77 of the Complaint relating to Defendant Walden.

78.    Defendant denies the allegations contained in the first sentence of Paragraph 78 of the Complaint. Defendant TLE neither admits nor denies the remaining allegations contained in Paragraph 78 of the Complaint as they refer to a document, which speaks for itself. To the extent the remaining allegations contained in Paragraph 78 are inconsistent with such document, the allegations are denied.

79.    Defendant TLE denies the allegations set forth in Paragraph 79 of the Complaint.

80.    Defendant TLE denies the allegations set forth in Paragraph 80 of the Complaint.

81.    Defendant TLE denies the allegations set forth in Paragraph 81 of the Complaint.

82.    Defendant TLE denies the allegations set forth in Paragraph 82 of the Complaint.

## AS TO THE FIRST CAUSE OF ACTION
## DISCRIMINATION UNDER TITLE VII
## (Against Defendants Learning Experience)

83.    Defendant TLE repeats and realleges its response to Paragraphs 1-82 of the Complaint as if fully set forth at length herein.

84.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 84 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 84 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

85.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 85 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 85 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

86.    Defendant TLE denies the allegations set forth in Paragraph 86 of the Complaint.

87.    Defendant TLE denies the allegations set forth in Paragraph 87 of the Complaint.

88.    Defendant TLE denies the allegations set forth in Paragraph 88 of the Complaint.

## AS TO THE SECOND CAUSE OF ACTION
## RETALIATION UNDER TITLE VII
## (Against Defendants Learning Experience)

89.    Defendant TLE repeats and realleges its response to Paragraphs 1-88 of the Complaint as if fully set forth at length herein.

90.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 90 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 90 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

91.    Defendant TLE denies the allegations set forth in Paragraph 91 of the Complaint.

92.    Defendant TLE denies the allegations set forth in Paragraph 92 of the Complaint.

**AS TO THE THIRD CAUSE OF ACTION**
**DISCRIMINATION UNDER THE NYSHRL**
**(Against Defendants Learning Experience)**

93.    Defendant TLE repeats and realleges its response to Paragraphs 1-92 of the Complaint as if fully set forth at length herein.

94.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 94 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 94 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

95.    Defendant TLE denies the allegations set forth in Paragraph 95 of the Complaint.

96.    Defendant TLE denies the allegations set forth in Paragraph 96 of the Complaint.

**AS TO THE FOURTH CAUSE OF ACTION**
**RETALIATION UNDER THE NYSHRL**
**(Against Defendants Learning Experience)**

97.    Defendant TLE repeats and realleges its response to Paragraphs 1-96 of the Complaint as if fully set forth at length herein.

98.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 98 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 98 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

14

99.     Defendant TLE denies the allegations set forth in Paragraph 99 of the Complaint.

100.     Defendant TLE denies the allegations set forth in Paragraph 100 of the Complaint.

## AS TO THE FIFTH CAUSE OF ACTION
## DISCRIMINATION UNDER THE NEW YORK STATE EXECUTIVE LAW
### (Against Defendant Walden)

101.     Defendant TLE repeats and realleges its response to Paragraphs 1-100 of the Complaint as if fully set forth at length herein.

102.     The allegations set forth in Paragraph 102 of the Complaint are not directed to Defendant TLE, and therefore no response is required.

103.     The allegations set forth in Paragraph 103 of the Complaint are not directed to Defendant TLE, and therefore no response is required.

104.     The allegations set forth in Paragraph 104 of the Complaint are not directed to Defendant TLE, and therefore no response is required.

## AS TO THE SIXTH CAUSE OF ACTION
## DISCRIMINATION UNDER THE NYCHRL
### (Against All Defendants)

105.     Defendant TLE repeats and realleges its response to Paragraphs 1-104 of the Complaint as if fully set forth at length herein.

106.     Defendant TLE neither admits nor denies the allegations set forth in Paragraph 106 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 106 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

107.     Defendant TLE denies the allegations set forth in Paragraph 107 of the Complaint.

108.     Defendant TLE denies the allegations set forth in Paragraph 108 of the Complaint.

**AS TO THE SEVENTH CAUSE OF ACTION**
**FAILURE TO ACCOMMODATE UNDER THE NYCHRL**
**(Against All Defendants)**

109.    Defendant TLE repeats and realleges its response to Paragraphs 1-109 of the Complaint as if fully set forth at length herein.

110.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 110 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 110 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

111.    Defendant TLE denies the allegations set forth in Paragraph 111 of the Complaint.

112.    Defendant TLE denies the allegations set forth in Paragraph 112 of the Complaint.

**AS TO THE EIGHTH CAUSE OF ACTION**
**RETALIATION UNDER THE NYCHRL**
**(Against All Defendants)**

113.    Defendant TLE repeats and realleges its response to Paragraphs 1-112 of the Complaint as if fully set forth at length herein.

114.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 114 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 114 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

115.    Defendant TLE denies the allegations set forth in Paragraph 115 of the Complaint.

116.    Defendant TLE denies the allegations set forth in Paragraph 116 of the Complaint.

**AS TO THE NINTH CAUSE OF ACTION**
**VIOLATION OF THE FLSA SECTION 7(r)**

117.    Defendant TLE repeats and realleges its response to Paragraphs 1-116 of the Complaint as if fully set forth at length herein.

118.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 118 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 118 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

119.    Defendant TLE denies the allegations set forth in Paragraph 119 of the Complaint.

120.    Defendant TLE denies the allegations set forth in Paragraph 120 of the Complaint.

## AS TO THE TENTH CAUSE OF ACTION
## VIOLATION OF THE FLSA WAGE THEFT PROVISIONS

121.    Defendant repeats and realleges its response to Paragraphs 1-120 of the Complaint as if fully set forth at length herein.

122.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 122 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 122 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

123.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 123 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 123 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

124.    Defendant TLE denies the allegations set forth in Paragraph 124 of the Complaint.

125.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 125 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 125 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

126.    Defendant TLE denies the allegations set forth in Paragraph 126 of the Complaint.

127.    Defendant TLE denies the allegations contained in Paragraph 127 of the Complaint.

## AS TO THE ELEVENTH CAUSE OF ACTION
## DISCRIMINATION UNDER NEW YORK STATE LABOR LAW § 206-c
## (Against Defendants)

128.    Defendant TLE repeats and realleges its response to Paragraphs 1-127 as though fully set at length herein.

129.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 129 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 129 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

130.    Defendant TLE denies the allegations set forth in Paragraph 130 of the Complaint.

131.    Defendant TLE denies the allegations contained in Paragraph 131 of the Complaint.

## AS TO THE TWELFTH CAUSE OF ACTION
## VIOOLATION OF NEW YORK STATE LABOR LAW WAGE THEFT PROVISIONS

132.    Defendant TLE repeats and realleges its response to Paragraphs 1-131 of the Complaint as if fully set forth at length herein.

133.    Defendant TLE denies the allegations set forth in Paragraph 133 of the Complaint.

134.    Defendant TLE denies the allegations set forth in Paragraph 134 of the Complaint.

135.    Defendant TLE denies the allegations set forth in Paragraph 135 of the Complaint.

136.    Defendant TLE denies the allegations set forth in Paragraph 136 of the Complaint.

137.    Defendant TLE denies the allegations set forth in Paragraph 137 of the Complaint.

18

## AS TO THE THIRTEENTH CAUSE OF ACTION
## DISCRIMINATION UNDER NEW YORK STATE LABOR LAW §195(3)
### (Against All Defendants)

138.    Defendant TLE repeats and realleges its response to Paragraphs 1-137 of the Complaint as if fully set forth at length herein.

139.    Defendant TLE neither admits nor denies the allegations set forth in Paragraph 139 of the Complaint as they contain conclusions of law to which no responsive pleading is required. To the extent Paragraph 139 of the Complaint alleges any wrongdoing, Defendant TLE denies said allegations.

140.    Defendant TLE denies the allegations set forth in Paragraph 140 of the Complaint.

141.    Defendant TLE denies the allegations set forth in Paragraph 141 of the Complaint.

## AS TO JURY DEMAND

142.    Defendant TLE denies that Plaintiff is entitled to a trial by jury as to all matters alleged in the Complaint.

## SEPARATE DEFENSES

Defendant TLE asserts the following separate defenses, without assuming the burden of proof or any defense except as required by applicable law.

## FIRST SEPARATE DEFENSE

Plaintiff was not employed by Defendant TLE and therefore she cannot sustain the claims set forth in the Complaint against Defendant TLE.

## SECOND SEPARATE DEFENSE

Plaintiff's Complaint fails to state any claim against Defendant TLE upon which relief may be granted as a matter of fact and/or law.

## THIRD SEPARATE DEFENSE

Defendant TLE's alleged actions or inactions were not a proximate cause of or a substantial factor in any alleged injury suffered by Plaintiff.

## FOURTH SEPARATE DEFENSE

To the extent Plaintiff claims economic losses, including lost pay and future salary and fringe benefits, any such damages awarded must be reduced by Plaintiff's actual earnings and/or amount Plaintiff could have earned with reasonable diligence.

## FIFTH SEPARATE DEFENSE

Plaintiff would be unjustly enriched by any recovery.

## SIXTH SEPARATE DEFENSE

Plaintiff's claim for punitive damages is barred by the applicable law and would violate the Due Process Clause of the United States Constitution.

## SEVENTH SEPARATE DEFENSE

Subject to reasonable opportunity for investigation and discovery, Plaintiff's claims are limited or barred by the doctrine of unclean hands, laches, estoppel, waiver, and/or other equitable defenses.

## EIGHTH SEPARATE DEFENSE

Defendant TLE's alleged action or inaction was not taken with malice or with reckless indifference to the protected rights of Plaintiff so as to entitle Plaintiff to punitive damages.

## NINTH SEPARATE DEFENSE

Each and every action taken with respect to Plaintiff's employment at Learning Mentor constitutes a discrete act that became actionable on the day each act occurred.

### TENTH SEPARATE DEFENSE

Plaintiff cannot demonstrate a causal connection between her purported complaints and/or actions and any adverse employment decision directed or influenced by Defendant TLE.

### ELEVENTH SEPARATE DEFENSE

Any recovery on the Complaint, or any purported cause of action alleged therein, is barred in whole or in part to the extent Plaintiff has failed to mitigate her damages.

### TWELFTH SEPARATE DEFENSE

Plaintiff is not entitled to attorney's fees or costs.

### RESERVATION OF RIGHTS

Defendant expressly reserves the right to amend its Answer and to assert additional defenses, and to supplement, alter or change this Answer upon revelation of more definitive facts by Plaintiff and/or upon Defendant's undertaking of discovery and investigation of this matter. Accordingly, the right to assert additional defenses, if and to the extent that such defenses are applicable, is hereby reserved.

**WHEREFORE**, Defendant TLE respectfully requests that this Court find Plaintiff's allegations in the Complaint to be without merit, that the Complaint be dismissed in its entirety with prejudice, and that judgment be entered in Defendant TLE's favor and against Plaintiff, and that this Court award Defendant TLE its costs, reasonable attorneys' fees, and such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: September 4, 2025

**FISHER & PHILLIPS LLP**

By: _____

Colleen P. Tandy, Esq.
400 Connell Drive, Suite 4000
Berkeley Heights, New Jersey 07922
Telephone: (908) 516-1050
Facsimile: (908) 516-1051
Email: ctandy@fisherphillips.com
*Attorneys for Defendant*
*The Learning Experience Corp.*

22

## CERTIFICATE OF SERVICE

I certify that on this ___ day of September, 2025, I electronically filed the foregoing Answer to Plaintiff's Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record at the e-mail address on file with the Court.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Colleen P. Tandy, Esq.
400 Connell Drive, Suite 4000
Berkeley Heights, New Jersey 07922
Telephone: (908) 516-1050
Facsimile: (908) 516-1051
Email: ctandy@fisherphillips.com

*Attorneys for Defendant*
*The Learning Experience Corp.*